UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
<u>_____</u>

KEITH DARNELL FAIR,

                Plaintiff,                  6:18-cv-1402
                                                      (GLS/TWD)

             v.

STEVEN T. MNUCHIN et al.,

                Defendants.
<u>_____</u>

**APPEARANCES:**                         **OF COUNSEL:**

**FOR PLAINTIFF:**
Keith Darnell Fair
Pro Se
348887
CNY PC
PO Box 300
Ward - 405/C
Marcy, NY 13403

**Gary L. Sharpe**
**Senior District Judge**

# <u>ORDER</u>

    The above-captioned matter comes to this court following an Order and Report-Recommendation (R&R) by Magistrate Judge Thérèse Wiley Dancks, duly filed on January 8, 2019. (Dkt. No. 10.) Following fourteen days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

Plaintiff has submitted a document titled "Affidavit of Defense," which can be described as including several generic, difficult-to-understand arguments, some of which attack the court's jurisdiction. (Dkt. No. 13.) Plaintiff's "objections," none of which specifically attack the R&R, warrant review for clear error only.[1]  *See Almonte v. N.Y. State Div. of Parole*, No. Civ. 904CV484, 2006 WL 149049, at *5-6 (N.D.N.Y. Jan. 18, 2006). Having carefully reviewed the R&R for clear error, the court finds none and adopts the R&R in its entirety.

Accordingly, it is hereby

**ORDERED** that the Order and Report-Recommendation (Dkt. No. 10) is **ADOPTED** in its entirety; and it is further

**ORDERED** that plaintiff's complaint (Dkt. No. 1) is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(iii); and it is further

**ORDERED** that the Clerk provide a copy of this Order to plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

---

[1] To the extent that plaintiff attacks jurisdiction, those arguments are rejected as nonsensical and frivolous.

February 1, 2019
Albany, New York

_Gary L. Sharpe_
Gary L. Sharpe
U.S. District Judge